

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-21-00019-CV

**IN RE SAN ANTONIO ENTERPRISES, LLC D/B/A RIVER CITY NURSING HOME CARE CENTER AND CREATIVE SOLUTIONS IN HEALTHCARE, INC.,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19883
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Sitting:      Luz Elena Chap, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Relators have filed a petition for writ of mandamus and motion for a temporary stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than February 10, 2021.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for temporary relief is GRANTED. The trial court proceedings are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on January, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court